

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00393-CV

### Trial Court No. 2012-1791-A

**Valerus Compression Services, a Texas Limited Partnership and Valerus Compression Services Management, LLC, a Texas Limited Liability Company, General Partner, Appellant/Cross-Appellee**

**Vs.**

**Gregg County Appraisal District, Appellee/Cross-Appellant**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | Gwen Samora |
| Motion fee | $10.00 | Jackie Groves |
| Motion fee | $10.00 | Jackie Groves |
| Motion fee | $10.00 | Laurie Archer |
| Motion fee | $10.00 | Jackie Groves |
| Motion fee | $10.00 | Jackie Groves |
| Motion fee | $10.00 | Laurie Archer |
| Supplemental clerk's record | $256.00 | VINSON & ELKINS, LLP |
| Motion fee | $10.00 | Jackie Groves |
| Reporter's record | $180.00 | Vinson & Elkins LLP |
| Clerk's record | $306.00 | VINSON & ELKINS, LLP |
| Supreme Court chapter 51 fee | $50.00 | Vinson & Elkins, LLP |
| Indigent | $25.00 | Vinson & Elkins |
| Filing | $100.00 | Vinson & Elkins |
| Required Texas.gov efiling fee | $20.00 | Vinson & Elkins |
| Filing | $100.00 | Laurie Archer |
| Statewide efiling fee | $20.00 | Laurie Archer |
| Supreme Court chapter 51 fee | $50.00 | Laurie Archer |
| Indigent | $25.00 | Laurie Archer |
| **TOTAL:** | $1,217.00 | |

FILE COPY

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 4th day of May 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk